An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD ANTUZZI,
Appellant,
vs.
KRIS BERLIN,
Respondent.

No. 62991

**FILED**

JUL 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion for summary judgment. Because no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Thus, as we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Hon. Thomas L. Stockard, District Judge
Richard Antuzzi
The Law Office of Jacob N. Sommer
Churchill County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20550